IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BRANDON LEE RAMIREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-076 |
| | ) | |
| DW MR. WILCOX; DW MS. STEWART; WARDEN ANDREW MCFARLIN; DOCTOR DAVID CHANEY; SGT. MS. MOORE; GANG UNIT MR. BROWN; UNIT MANAGER MS. HUNT; NURSE GRAY; OFFICER SIKES; and MH MS. JACOBS, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is Plaintiff's Motion to Submit/Present Evidence, wherein Plaintiff provides information he wishes to present for his case regarding the grievance process and procedure. (Doc. no. 6.) However, the Court has not yet screened Plaintiff's complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) to determine whether any defendants should be served. Therefore, the Court **DENIES** Plaintiff's motion to submit/present evidence as premature. (Doc. no. 6.)

SO ORDERED this 27th day of October, 2023, at Augusta, Georgia.

/s/ Brian K. Epps
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA