IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| BRANDON LEE RAMIREZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 323-076 |
| ) | |
| DW MR. WILCOX; DW MS. STEWART; ) | |
| WARDEN ANDREW MCFARLIN; ) | |
| DOCTOR DAVID CHANEY; SGT. MS. ) | |
| MOORE; GANG UNIT MR. BROWN; ) | |
| UNIT MANAGER MS. HUNT; NURSE ) | |
| GRAY; OFFICER SIKES; and MH MS. ) | |
| JACOBS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint without prejudice for failure to exhaust administrative remedies and as a sanction for Plaintiff providing dishonest information about his filing history, and **CLOSES** this civil action.

SO ORDERED this 13th day of December, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE