AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BRANDON LEE RAMIREZ,

           Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV323-076

DW MR. WILCOX, DW MS. STEWART; WARDEN ANDREW MCFARLIN; DOCTOR DAVID CHANEY; SGT. MS. MOORE; GANG UNIT MR. BROWN; UNIT MANAGER MS. HUNT; NURSE GRAY; OFFICER SIKES; and MH MS. JACOBS,

           Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's December 13, 2023 Order, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's complaint is dismissed without prejudice. This case stands closed.



12/13/2023         John E. Triplett, Clerk of Court
Date         Clerk

(By) Deputy Clerk

GAS Rev 10/2020